1  Marguerite T. Lieu, SBN 143979 (mtl@mmker.com)
   Christopher R. Allison, SBN 201618 (cra@mmker.com)
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  550 West "C" Street, Suite 1900
   San Diego, CA  92101
4  Telephone: (619) 515-0269
   Facsimile: (619) 515-0268
5

*FILED*

*2008 APR 21  PM 2:48*

*CLERK U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF CALIFORNIA*

*BY___ KWH_____ DEPUTY*

6  Attorneys for Defendant
   **A NICE JEWISH BOY, dba FATHER & SON MOVING & STORAGE**
7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10

11 BARBARA LIPPOLD,                          )  Case No.
                                             )  **'08 CV 0719 BTM RBB**
12                          Plaintiff,       )
   vs.                                       )
13                                           )  **NOTICE OF REMOVAL OF**
                                             )  **ACTION UNDER 28 U.S.C.**
14 FATHER & SON MOVING & STORAGE and         )  **§1441(b)**
   DOES 1-10,                                )
15                                           )
                        Defendants.          )
16 _____  )

17 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18

19      PLEASE TAKE NOTICE that Defendant, A NICE JEWISH BOY, dba FATHER & SON

20 MOVING & STORAGE (hereinafter FATHER & SON MOVING & STORAGE), hereby

21 removes to this Court the State Court action described below.

22

23      1.    On February 1, 2008, this action was commenced in the Superior Court of the State

24 of California for the County of San Diego, Central Branch, as case number 37-2008-00077131-CU-

25 BC-CTL.

26      2     Attached hereto as Exhibit A is a copy of the Summons and Complaint, Certificate of

27 Service, Notice of Case Assignment,  filed on that date and subsequently served via

28 acknowledgment on Defendant FATHER & SON MOVING & STORAGE.

-1-

3.    The above-described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and 1337(a), and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. 1441(b), in that it is a civil action arising under, and pursuant to, a contract for the moving and storage of goods in interstate commerce.  Specifically, this action arises out of a contract for the packing, storage and transportation of Plaintiff's personal property from California to Arizona.

4.    Although Plaintiff has alleged a state law cause of action for Breach of Contract and Negligence a cause of action arising under federal law, removal is appropriate as both claims are transactionally related to the carriage of goods in interstate commerce.  Plaintiff's Complaint frames a cause of action under the 1906 Carmack Amendment to Interstate Commerce Act of 1887, 49 U.S.C § 14706, which entirely preempts state law.

5.    Finally, as the Plaintiff's claim for damages exceeds $10,000, this action satisfies the jurisdictional minimum contained in 28 U.S.C. 1445(b).

6.    Based on a reasonable investigation, it is well-grounded in fact and warranted by law that this Removal to Federal Court is not interposed for any improper purpose, such as to harass or to cause unnecessarily delay or needless increase in the cost of litigation.

Dated: April _21_, 2008

                    MANNING & MARDER
                    KASS, ELLROD, RAMIREZ LLP


                    By:    _Marguerite J. Lieu_
                    Marguerite T. Lieu
                    Christopher R. Allison
                    Attorneys for Defendant
                    **A NICE JEWISH BOY dba**
                    **FATHER & SON MOVING & STORAGE**

-2-

**EXHIBIT A**

1   RICHARD G. BAIN #60487
    Attorney at Law
2   275 East Douglas, Suite 113
    El Cajon, CA 92020-4548
3   Telephone:  (619) 447-8300

4

5   Attorney for Plaintiff

6

7

8          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

9                        CENTRAL DIVISION

10

11  BARBARA A. LIPPOLD,              )    No.37-2008-00077131-CU-BC-CTL
                                     )
12                  Plaintiff,       )    COMPLAINT FOR BREACH OF
                                     )    CONTRACT, NEGLIGENCE
13                                   )    (Property Damage)
                                     )
14  FATHER & SON MOVING & STORAGE, a )
    California corporation, and      )
15  DOES 1 through 10, inclusive,    )
                                     )
16                  Defendants.      )
    _____)

17

18  Plaintiff alleges:

19                      Breach of Contract

20      1.  Plaintiff is an individual who is a retired teacher and

21  the widow of a Marine Corps officer.  Over the years of his career

22  at duty stations around the world, she and her husband collected

23  many fine pieces of furniture and furnishings.

24      2.  The defendant Father & Son Moving & Storage (hereinafter

25  "Father & Son") is a corporation organized and existing under the

26  laws of the State of California.

27      3.  The true names and capacities of defendants Does 1 through

28  10, inclusive, are unknown to plaintiff, who sues them as

                                -1-

FILED
CIVIL BUSINESS OFFICE 7
CENTRAL DIVISION

08 FEB -1 PM 12: 23

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

1  authorized by C.C.P. Section 474.

2      4.  The obligation sued upon arose within the venue of the

3  Central Division of this court, where plaintiff entered written

4  agreements with defendants for the storage of the contents of her

5  Rancho Bernardo home.

6      5.  On or about September 29 to October 3, 1993, plaintiff

7  entered an agreement with Father & Son in which Father & Son agreed

8  to move and store plaintiff's furniture and clothing.  Copies of

9  the agreement, listing items and boxes on three (3) pages, are

10  attached as Exhibit "A" and incorporated by this reference.

11      6.  Implied in the agreement was the promise of Father & Son

12  to store plaintiff's property in a safe and secure manner,

13  reflected in its advertising:  "climate controlled storage," and

14  "antique specialists."

15      7.  Plaintiff performed all conditions of the agreement on her

16  part to be performed, including but not limited to paying Father &

17  Son approximately $30,000.00 over the course of the storage.

18      8.  Father & Son breached the agreement to store plaintiff's

19  property in a proper manner, which plaintiff discovered when Father

20  & Son returned the property to her in a filthy condition:  boxes

21  broken open; mold, rust, and a brown residue on the furniture; and

22  the stench of diesel fuel and rot in all the fabrics.

23      9.  As a result of Father & Son's breach, plaintiff has been

24  damaged in the following amounts, at cost, for the ruined items:

25  $6,550.00  for  the  sectional  sofa,  upholstered  chairs  and

26  mattresses; $27,714.00 for her personal clothing, dresses and

27  shoes; $3,000.00 for linens; and $5,185.00 for books.

28  /////

1                              Negligence

2          10.    Father & Son owed a duty to plaintiff to store her

3    property in reasonably prudent manner.

4          11.    In the period after October 1993, when Father & Son

5    closed its San Diego facility and moved plaintiff's property to Los

6    Angeles, and before August 2006, when plaintiff discovered the

7    damage to her property, Father & Son breached its duty to plaintiff

8    by exposing her property to the elements of moisture, heat, and

9    fumes.

10         12.    As a result of Father & Son's negligence, plaintiff's

11   clothing, furniture and books were covered in mold, drawer pulls

12   were rusted and inoperable, clothing fell apart into rags when it

13   was washed, and everything smelled of foul motor oil, all to

14   plaintiff's damage in the sum of $42,349.00.

15         WHEREFORE, plaintiff prays judgment as follows:

16   On her first cause of action:

17         1.    General damages for breach of contract in the sum of

18   $42,349.00;

19         2.    Attorney's fees and costs of suit;

20         3.    Further relief the court considers proper.

21   On her second cause of action:

22         1.    General damages for defendant's negligence according to

23   proof;

24         2.    Costs of suit, and further relief the court deems proper.

25

26   DATED:    January 31, 2008

                                          RICHARD G. BAIN
27                                        Attorney for Plaintiff

28

                                    -3-

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

<table>
<tr><td>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Father & Son Moving & Storage, a California corporation, and Does 1 through 10, inclusive

</td><td>

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CIVIL BUSINESS OFFICE
CENTRAL DIVISION

08 FEB -1 PM 12: 23

CLERK- SUPERIOR COURT
SAN DIEGO COUNTY, CA

</td></tr>
</table>

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Barbara A. Lippold

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Diego, Central Division<br>330 W. Broadway, San Diego, CA 92101 | CASE NUMBER:<br>*(Número del Caso):*<br>37-2008-00077131-CU-BC-CTL |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Richard G. Bain #60487, 275 East Douglas Avenue, Suite 113, El Cajon, CA 92020-4548
telephone: (619) 447-8300

| DATE: FEB 01 2008 | Clerk, by _C. Beutler_ | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [✔] on behalf of *(specify):* Father & Son Moving & Storage

   under: [✔] CCP 416.10 (corporation)  [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*

4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Richard G. Bain #60487    (619) 447-8300<br>275 East Douglas, Suite 113<br>El Cajon, CA 92020-4548<br>TELEPHONE NO.: (619) 447-8300    FAX NO.: | FILED<br>CIVIL BUSINESS OFFICE 7<br>CENTRAL DIVISION<br><br>08 FEB -1 PM 12: 23<br><br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
| ATTORNEY FOR *(Name)*:  Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
- ☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
- ☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
- ☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
- ☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

CASE NAME:
Barbara A. Lippold v. Father & Son Moving & Storage, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☒ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | 37-2008-00077131-CU-BC-CTL<br><br>JUDGE:<br><br>DEPT.: |

*All five (5) items below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☒ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☒ Breach of contract/warranty (06)
- ☐ Collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ☒ is not  complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   - a. ☐ Large number of separately represented parties
   - b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   - c. ☐ Substantial amount of documentary evidence
   - d. ☐ Large number of witnesses
   - e. ☐ Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court
   - f. ☐ Substantial post-judgment judicial supervision

3. Type of remedies sought *(check all that apply)*:
   - a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive

4. Number of causes of action *(specify)*:  two (2)

5. This case ☐ is  ☒ is not  a class action suit.

Date: February 1, 2008

Richard G. Bain    ▶ *[signature]*

| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY) |
|---|---|

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. ...]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 201.8, 1800–1812;
Standards of Judicial Administration, § 19

**AGREEMENT FOR SERVICE**
**THER & SON MOVING & STORAGE**

CAL PUC T-158789

7635 Haskell Ave.
Van Nuys, Ca. 91406
(818)901-7643

9369 Dowdy Dr. Ste. D
San Diego, Ca. 92126
(619)695-2200

Date Issued __10-3-93__

SHIPPER IS REQUESTED TO READ THIS DOCUMENT CAREFULLY, INCLUDING TERMS & CONDITIONS ON REVERSE SIDE BEFORE SIGNING & for an explanation of anything not clear or inconsistent with any previous representation. THIS WILL CONFIRM INSTRUCTIONS AND AUTHORIZE YOU TO MOVE, SHIP, PACK, STORE AND/OR PERFORM THE SERVICES HEREIN.

FROM: 'Glasgow Grace/Mch, LTD FLOOR     TO: Our Storage     FLOOR
17895 Caminito Pinero'  APT NO. 156                          APT NO.
San Diego     PHONE                                          PHONE

| MATERIALS | CONTAINERS RATE | PACKING RATE | UNPACKING RATE |
|---|---|---|---|
| BARREL, DISH-PACK, DRUM, ETC. | 9.00 | | |
| CARTONS: LESS THAN 3 CUBIC FEET | 2.90 | | |
| 3 CU. FT. | 4.20 | | |
| 4 1/2 CU. FT. | 5.00 | | |
| 6 CU. FT. | 5.80 | | |
| WARDROBE CARTON NOT LESS THAN 10 CU. FT. | 10.75 | | |
| MATTRESS CARTON: CRIB | 3.95 | | |
| (NOT EXCEEDING 39" X 75") | 7.10 | | |
| (NOT EXCEEDING 54" X 75") | 8.80 | | |
| (EXCEEDING 54" X 75") | 14.50 | | |
| (39" X 80") | 10.05 | | |
| MATTRESS COVER (PLASTIC OR PAPER) | 5.15 | | |
| CORRUGATED CONTAINERS | 11.10 | | |
| CRATES OVER MINIMUM     LAMP CTN. | 5.00 | | |
| CRATES LESS THAN MINIMUM  Sofa Cov. | 5.00 | | |
| PAPER PAD | 2.00 | | |
| TAPE | 3.50 | | RATE |
| SALES TAX        % | County | | |

HOURLY RATE  Min. Chg  2   Men 2  71.50 ... 22.50 ...

NO. OF PACKERS

PACKING CRATING ☐ .01  35.75

UNPACKING UNCRATING ☐ .01  35.75   **OVERTIME AFTER 8 HOURS**

APPLIANCES to be serviced ____ If none write "NONE"

CUSTOMER AGREES THAT TITLE TO ALL PACKING MATERIAL PASSES TO CUSTOMER BEFORE ANY USE OF SUCH MATERIAL IS MADE.

TO BE PAID BY ☐ CASH ☐ CERTIFIED CHECK ☐ CREDIT CARD ☐ PERSONAL/COMPANY CHECK ☐ BILLING

Rates are in effect for __30__ days from date issued. Carrier agrees to perform services at the stated rates.   Father & Son
CARRIER SIGNATURE

## CONSUMER PROTECTIONS AND/OR WAIVERS

**IMPORTANT INFORMATION BOOKLET** In accordance with the rules of the California Public Utilities Commission, before your move, the carrier (the moving company) is required to ensure you (the shipper) have been given the booklet, "IMPORTANT INFORMATION FOR PERSONS MOVING HOUSEHOLD GOODS". You may choose not to receive a booklet from this carrier if you previously received one from another source. By initialing below, the shipper acknowledges receipt of the booklet either before or on the day of the move.
**I HAVE RECEIVED THE IMPORTANT INFORMATION BOOKLET** ___

**MAXIMUM RATES  IMPORTANT NOTICE:** No rates higher than the Maximum Fixed Rates promulgated in the California Public Utilities Commission's Maximum Rate Tariff 4 may be quoted or charged, unless an Estimated Cost of Services has been issued three (3) days or more before the day of the move. The Not To Exceed Price shall be no higher than the Estimated Cost of Services plus any Change Order for Services issued prior to signing the Agreement. The maximum charge shall be the quoted rates applied to: the number of hours, weight, or number of units of measurement, but no higher than the Not To Exceed Price. Copies of the California Public Utilities Commission's Maximum Rate Tariff 4 are open for public inspection at the Commission's offices in San Francisco and Los Angeles and at the carrier's office shown above.
1. Have you received a written estimate?  Yes___ No___        3. If the maximum rates are to be exceeded, have you been informed
2. Does the estimate indicate that                                of the amount of charges to be assessed over the maximum rates?  Yes___ No___
   maximum rates are to be exceeded?  Yes___ No___           4. Do you consent to the amount of charges to be assessed over the maximum rate?  Yes___ No___

**VALUATION DECLARATION** There are three (3) options available to cover loss or damage.
1. 60 cents per pound per article. This minimum coverage for lost or damaged items is based on 60 cents times the weight of the article. This coverage is provided at no additional charge.
2. Actual Cash Value. This option provides for loss or damage based on actual cash value, including depreciation, at the time of loss or damage, up to the total dollar amount of valuation declared by you. You may be charged for this coverage.
3. Full Value Protection. This option provides for loss or damaged items based on current replacement value at the time of loss or damage, up to the total/dollar amount of valuation declared by you. This is subject to a deductible selected by you. You may be charged for this coverage. DEDUCTIBLES: ☐ $250.00 ☐ $500.00
   Reference General Order 136, Carrier shall not offer Option 3 unless it has obtained cargo insurance in an amount sufficient to cover the monetary responsibility assumed.
NOTICE:   Coverage for loss and damage is limited to the Actual Cash Value of losses up to the amount of $20,000 unless the Shipper signing this Agreement inserts in the space below, in his or her, own handwriting, another value. You may be charged for coverage provided other than 60 cents per pound per article. Shipper hereby releases the entire shipment to a value not exceeding $ ____ PER $100.00 VALUE

| VALUATION OPTIONS: | SHIPPER INITIAL | MAXIMUM RATE | ACTUAL RATE | DECLARED VALUE | VALUATION CHARGE |
|---|---|---|---|---|---|
| 60¢ per pound, per article | | | | | No Charge |
| ACTUAL CASH VALUE | | $ .83 | .50 cents | | |
| FULL VALUE PROTECTION | | $ .95 | $ .95/.80.19 | | |

Shipper's Signature ___ Date ___

**AGREEMENT FOR SERVICE** The California Public Utilities Commission requires that an "Agreement for Service" be issued to you by the carrier three (3) days or more in advance of the move. An exception to this requirement is where the arrangement to move occurs on short notice (less than 3 days). You may also choose to waive this requirement entirely, at any time prior to the move.

1. Did you choose to waive this advanced notice requirement entirely?  Yes___ No___        2. Was the moving date agreed to between you and the carrier less than 3 days prior to the day of the move?  Yes___ No___

X _____
SIGNATURE OF SHIPPER OR SHIPPER'S REPRESENTATIVE   DATE

X __Father & Son__
SIGNATURE OF CARRIER OR CARRIER'S REPRESENTATIVE   DATE

| The amount of Estimated Cost of Services (if Appl.) | |
| Total charge on Change Order for Services (if Appl.) | |
| NOT TO EXCEED PRICE | |

Above NOT TO EXCEED PRICE to be in effect for __One__ days from date issued.

Execution of the Agreement does not exempt Carrier or Shipper from compliance with any provision of law or Public Utilities Commission regulation, even though not expressly set forth in this Agreement.

Form 261  © 1992 STOCK PRINTING CO. LOS ALAMITOS, CA. (714) 995-9382

**OFFICE COPY**

Exhibit "A"

e2

CAL PUC T-158789

**THER & SON MOVING & STORAGE**

7635 Haskell Ave.          9369 Dowdy Dr. Ste, D
Van Nuys, Ca. 91406        San Diego, Ca. 92126
(818)901-7643              (619)695-2200

Date Move Tendered 10-3-93

SHIPPER IS REQUESTED TO READ THIS DOCUMENT BEFORE SIGNING and ask for an explanation of anything not clear or inconsistent with any previous representation. THIS WILL CONFIRM INSTRUCTIONS AND AUTHORIZE YOU TO MOVE, SHIP, PACK, STORE AND/OR PERFORM THE SERVICES HEREIN.

FROM Lippold Ingram    FLOOR        TO Qr STORAGE    FLOOR

GLASSGOW CRAW/Mesa LTD  APT. NO 156              APT NO.

17895 Caminito Placedo    PHONE                   PHONE

SD. 92128 @ Gordon Storage

READ THIS DOCUMENT

| ITEM | QTY | RATE | AMOUNT | QTY | RATE | | RATE | |
|---|---|---|---|---|---|---|---|---|
| BARREL, DISH-PACK, DRUM, ETC. | | 9.00 | | | | | | |
| CARTONS: LESS THAN 3 CUBIC FEET | | 2.50 | | | | | | |
| 3 CU. FT. | | 4.20 | | | | | | |
| 4 1/2 CU. FT. | | 5.00 | | | | | | |
| 6 CU. FT. | | 5.80 | | | | | | |
| WARDROBE CARTON NOT LESS THAN 10 CU. FT. | | 10.75 | | | | | | |
| MATTRESS CARTON: CRIB | | 3.95 | | | | | | |
| (NOT EXCEEDING 39" X 75") | | 7.10 | | | | | | |
| (NOT EXCEEDING 54" X 75") | | 8.00 | | | | | | |
| (EXCEEDING 54" X 75") | | 14.90 | | | | | | |
| (39" X 80") | | 6.00 | | | | | | |
| MATTRESS COVER (PLASTIC OR PAPER) | | 1.95 | | | | | | |
| CORRUGATED CONTAINERS | | 1.0 | | | | | | |
| CRATES OVER MINIMUM   TAPE | | 3.90 | | | | | | |
| CRATES LESS THAN MINIMUM | | | | | | | | |
| LAMP CARTON | | 3.00 | | | | | | |
| SOFA COVER | | 8.00 | | | | | | |
| PAPER PAD | | .75 | | | | | | |

STORAGE ORDERS

TOTAL PACKING CHARGES

TOTAL CONTAINER CHARGES

SALES TAX      %          County

| PACKERS NAME | HOURS | DATE |
|---|---|---|
| | | |

TOTAL HOURS @$

No. of Packers ☐ Origin ☐ Dest.       TOTAL PACKING

APPLIANCES to be serviced          If none write "NONE"

Gross Wt.           Lbs.      Tare Wt.

Net Weight          Lbs.@$          Per Cwt.

| HOURS | CARTAGE @$ | 71.00 | Per Hr. |
| Overtime | Hours @$ | 107.25 | Per Hr. |
| Extra Man ( ) | Hours @$ | 33.50 | Per Hr. |
| Flight Charge/Long Carry | @ | | @Per Cwt. |

**BILL TO BE PAID BEFORE UNLOAD**
**NOT RESPONSIBLE FOR LINOLEUM FLOORS**
**AND FRAGILE ITEMS NOT PACKED BY CARRIER**

S.I.T. Charge:

Valuation Charge: See Agreement for Service

TOTAL CHARGES ASSESSED

ESTIMATED COST OF SERVICES (if any)

TOTAL CHARGES ON CHANGE ORDER(S)

NOT TO EXCEED PRICE

TO BE PAID BY ☐ CASH ☐ CERTIFIED CHECK ☐ CREDIT CARD ☐ PERSONAL/COMPANY CHECK ☐ BILLING

TOTAL PAID

CUSTOMER AGREES THAT TITLE TO ALL PACKING MATERIAL PASSES TO CUSTOMER BEFORE ANY USE OF SUCH MATERIAL MADE.

BALANCE DUE

X _____                    X _____
CARRIER SIGNATURE  Father & Son    RECEIVED BY CONSIGNEE

FORM X 260  © 1982 ETOCK PRINTING CORP. (714) 895-8383

UPON ARRIVAL AT ORIGIN HAVE CUSTOMER SIGN AND GIVE THEM THIS COPY

Exhibit "A"

THER & SON MOVING & STORAGE

CAL PUC T-158789

7635 Haskell Ave.
Van Nuys, Ca. 91406
(818)901-7643

9369 Dowdy Dr. Ste. D
San Diego, Ca. 92126
(619)695-2200

Glassons Traver Machinery Ltd

SHIPPER IS REQUESTED TO READ THIS DOCUMENT BEFORE SIGNING and ask for an explanation of anything not clear or inconsistent with any previous representation. THIS WILL CONFIRM INSTRUCTIONS AND AUTHORIZE YOU TO MOVE, SHIP, PACK, STORE AND/OR PERFORM THE SERVICES HEREIN.

| ITEMS | | | | |
|---|---|---|---|---|
| BARREL, DISH-PACK, DRUM, ETC. | | | | |
| CARTONS: LESS THAN 3 CUBIC FEET | | | | |
| 3 CU. FT. | | | | |
| 4 1/2 CU. FT. | | | | |
| 6 CU. FT. | | | | |
| WARDROBE CARTON NOT LESS THAN 10 CU. FT. | | | | |
| MATTRESS CARTON: CRIB | | | | |
| (NOT EXCEEDING 39" X 75") | | | | |
| (NOT EXCEEDING 54" X 75") | | | | |
| (EXCEEDING 54" X 75") | | | | |
| (39" X 80") | | | | |
| MATTRESS COVER (PLASTIC OR PAPER) | | | | |
| CORRUGATED CONTAINERS | | | | |
| CRATES OVER MINIMUM | | | | |
| CRATES LESS THAN MINIMUM | | | | |
| LAMP CARTON | | | | |

TOTAL PACKING CHARGES
TOTAL CONTAINER CHARGES
SALES TAX     %        County

PACKERS NAME | HOURS | DATE
2 MEN | 7 4 | 4/29/93
EXTRA MAN | 5 4 | 4/29/93

TOTAL HOURS @$

No. of Packers ☐ Origin ☐ Dest.     TOTAL PACKING

APPLIANCES to be serviced     If none write "NONE"
Gross Wt.      Lbs.     Tare Wt.      Lbs.
Net Weight     Lbs. @     Per Cwt.

HOURS     CARTAGE @$        Per Hr.
Overtime     Hours @$        Per Hr.
Extra Man (  )     Hours @$        Per Hr.
Flight Charge/Long Carry     @     Per Cwt.

BILL TO BE PAID BEFORE UNLOAD
NOT RESPONSIBLE FOR LINOLEUM FLOORS AND FRAGILE ITEMS NOT PACKED BY CARRIER

S.I.T. Charge:
Valuation Charge: See Agreement for Service

TOTAL CHARGES ASSESSED
ESTIMATED COST OF SERVICES (if any)
TOTAL CHARGES ON CHANGE ORDER(S)
NOT TO EXCEED PRICE

TO BE PAID BY ☐ CASH ☐ CERTIFIED CHECK ☐ CREDIT CARD ☐ PERSONAL/COMPANY CHECK ☐ BILLING

TOTAL PAID

CUSTOMER AGREES THAT TITLE TO ALL PACKING MATERIAL PASSES TO CUSTOMER BEFORE ANY USE OF SUCH MATERIAL IS MADE.

BALANCE DUE

It is agreed that this document, WHICH INCLUDES THE CONDITIONS PRINTED ON THE BACK THEREOF, shall be binding or valid, provided, however, that in case of storage, other than storage in transit, the Warehouse Receipt when issued shall, unless objected to by me within Fifteen (15) days from the mailing or receipt thereof, constitute the contract of storage between us, and provided further that in case of shipment, including storage in transit, the Bill of Lading when issued unless objection is made by me at time of issuance thereof shall constitute the contract of shipment. ALL DELIVERIES ARE C.O.D., unless otherwise clearly specified.

CARRIERS
SIGNATURE
FORM # 390    © 1992 STOCK PRINTING CORP. (714) 996-8303

Delivery Receipt
RECEIVED
CONSIGNEE
NOTICE: Please inspect your goods

CUSTOMER SHIPPER ORDER AND FREIGHT BILL

Exhibit "A"

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>Richard G. Bain #60487<br>Attorney at Law<br>275 East Douglas, Suite 113<br>El Cajon, CA 92020-4548<br>TELEPHONE NO. *(Optional)* (619) 447-8300    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:  Plaintiff | *FOR COURT USE ONLY*<br><br>F I L E D<br>Clerk of the Superior Court<br><br>APR 1 0 2008<br><br>By: D. FEUREIS, Jr, Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

| | |
|---|---|
| PLAINTIFF(S)<br>Barbara A. Lippold | JUDGE  Michael M. Anello |
| DEFENDANT(S)<br>Father & Son Moving & Storage, et al. | DEPT:  C-72 |
| **CERTIFICATE OF SERVICE**<br>**(San Diego Superior Court Rules, Division II, Rule 2.5)** | CASE NUMBER<br>37-2008-00077131-CU-BC-CTL |

I certify under penalty of perjury under the laws of the State of California that all defendants named in the complaint of the above-entitled case have either made a general appearance or have been properly and timely served in compliance with San Diego Superior Court Rules, Division II, Rule 2.5.

Date: April 9, 2008

_____          *[signature]*
                                 Signature

                                 Richard G. Bain
                                 Typed or printed name

NOTES:

If service cannot be effected on all defendants within 60 days of filing the complaint, DO NOT USE THIS CERTIFICATE, but file the form CERTIFICATE OF PROGRESS (SDSC CIV-144) stating the reasons why service has not been effected on all parties and what is being done to effect service.

THE FILING OF A GENERAL APPEARANCE BY A DEFENDANT DOES NOT DISPENSE WITH THE PLAINTIFF'S OBLIGATION TO FILE THIS DOCUMENT.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS:    330 West Broadway
MAILING ADDRESS:   330 West Broadway
CITY AND ZIP CODE:  San Diego, CA 92101
BRANCH NAME:    Central
TELEPHONE NUMBER: (619) 685-6151

PLAINTIFF(S) / PETITIONER(S):    Barbara A Lippold

DEFENDANT(S) / RESPONDENT(S): Father & Son Moving & Storage

LIPPOLD VS. FATHER & SON MOVING & STORAGE

| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>37-2008-00077131-CU-BC-CTL |
| --- | --- |

Judge:  Michael M. Anello                         Department: C-72

**COMPLAINT/PETITION FILED:** 02/01/2008

### CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

1    Marguerite T. Lieu, SBN 143979 (mtl@mmker.com)
     Christopher R. Allison, SBN 201618 (cra@mmker.com)
2    **MANNING & MARDER**
     **KASS, ELLROD, RAMIREZ LLP**
3    550 West "C" Street, Suite 1900
     San Diego, CA 92101
4    Telephone: (619) 515-0269
     Facsimile: (619) 515-0268
5
     Attorneys for Defendant
6    **A NICE JEWISH BOY, dba FATHER & SON MOVING & STORAGE**

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   BARBARA LIPPOLD,                    )    Case No.:
                                         )         **08 CV 0719 BTM RBB**
12                        Plaintiff,     )
     vs.                                 )    **CERTIFICATE OF SERVICE**
13                                       )    **ON ADVERSE PARTY OF**
                                         )    **NOTICE OF REMOVAL TO**
14   FATHER & SON MOVING & STORAGE and   )    **FEDERAL COURT AND OF**
     DOES 1-10,                          )    **OTHER DOCUMENTS**
15                                       )
                          Defendants.    )
16   _____)

17

18   I CERTIFY AND DECLARE THAT:

19         I am employed in County of San Diego. I am over the age of 18 and not a party to this

20   action. My business address is 550 West C Street, Suite 1900, San Diego, California 92101.

21         On **April 21, 2008,** I served the following documents:

22         1)    Notice to the State Court and to Adverse Party of Removal of Action

23               to Federal Court;

24         2)    Notice of Compliance with 28 U.S.C. §1446(d); and

25         3)    Notice of Party with Financial Interest.

26   on the adverse party in this action by placing true copies of the documents in a sealed envelope,

27   addressed as follows:

28   / / /

                                              -1-
     **CERTIFICATE OF SERVICE ON ADVERSE PARTY OF NOTICE OF REMOVAL TO FEDERAL COURT**

Richard G. Bain, Attorney at Law
275 East Douglas, Suite 113
El Cajon, CA 92020-4548

I deposited said envelope, as so addressed, with postage fully prepaid, in the United States mail at San Diego, California.

I am readily familiar with Manning & Marder, Kass, Ellrod, Ramirez LLP's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 21, 2008** at San Diego, California.

-2-

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

*Barbara Lippold*

**DEFENDANTS**

*Father + Son Moving + Storage*

2008 APR 21 PM 3:53
CLERK US ...
SOUTHERN DISTRICT OF ...
BY ___ DEPUTY

**(b)** County of Residence of First Listed Plaintiff *San Diego*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant *San Diego*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

*Richard G. Bain, 275 E. Douglas, Ct, 92000
619-447-8300*

Attorneys (If Known) *Marguerite T. Lieu, Chris Allison
Manning + Marder, Kass, Ellrod Ramirez,
550 W. C St, Ste. 1900, San Diego, CA 92101*

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**'08 CV 0719 BTM RBB**

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☒ 380 Other Personal Property Damage | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | | ☐ 950 Constitutionality of State Statutes |
| | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | |
| | ☐ 442 Employment | **Habeas Corpus:** | | |
| | ☐ 443 Housing/Accommodations | ☐ 530 General | | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): *28 USC 1441(b)*

Brief description of cause: *Interstate Commerce Clause*

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ *40,341.00*
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE ___  DOCKET NUMBER ___

DATE *April 21, 2008*
SIGNATURE OF ATTORNEY OF RECORD *Christopher R. Allison*

**FOR OFFICE USE ONLY**

RECEIPT # *150008* AMOUNT *$350* APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

*SG 4/21/08*

**ORIGINAL**

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 150008    — MB**

**April 21. 2008
14:49:59**

**Civ Fil Non—Pris**
USAO #.: 08CV0719
Judge..: BARRY T MOSKOWITZ
Amount.:              $350.00 CK
Check#.: BC5856

**Total—>  $350.00**

FROM: BARBARA LIPPOLD VS FATHER &
      SON MOVING & STORAGE