1  Marguerite T. Lieu, SBN 143979 (mtl@mmker.com)
   Christopher R. Allison, SBN 201618 (cra@mmker.com)
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  550 West "C" Street, Suite 1900
   San Diego, CA 92101
4  Telephone: (619) 515-0269
   Facsimile: (619) 515-0268
5
   Attorneys for Defendant
6  **FATHER & SON MOVING & STORAGE/**
   **A NICE JEWISH BOY MOVING & STORAGE**
7

8               **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | BARBARA LIPPOLD,                          ) Case No.: 08 CV 0719 BTM(RBB)
                                              )
12 |                           Plaintiff,     ) **DEFENDANT'S RESPONSE TO**
   | vs.                                      ) **ORDER TO SHOW CAUSE WHY**
13 |                                          ) **CASE SHOULD NOT BE**
                                              ) **REMANDED**
14 | FATHER & SON MOVING & STORAGE and        )
   | DOES 1-10,                               )
15 |                                          )
   |                           Defendants.    )
16 | _____ )

17          In 1993, Plaintiff Barbara Lippold stored household goods at Father & Son Moving &

18  Storage's San Diego facility, and merged additional boxes "packed by owner" into the same facility.

19  With the express consent of plaintiff, defendant transferred the large sealed containers of all of

20  Lippold's goods directly to its Van Nuys storage facility. Thereafter, in August 2006, plaintiff

21  requested that the goods be transported to her new home in Rio Rico, Arizona. Father & Son/A

22  Nice Jewish Boy as agent for National Van Lines, arranged for National Van Lines to retrieve

23  Plaintiff's goods from storage in Van Nuys and transported to Arizona, where the items were

24  unloaded and plaintiff inspected her property.

25          Father & Son Moving & Storage/A Nice Jewish Boy Moving & Storage is an agent for

26  interstate carrier National Van Lines, and as such, all transactions involving interstate transportation

27  fall under 49 U.S.C. 14706, The Carmack Amendment. Plaintiff's state claims for breach of contract

28  and negligence are therefore wholly preempted by Carmack.   The National Van Lines

1    documentation – estimate, Addendum to Estimate (showing Nice Jewish Boy as the carrier's

2    representative), Bill of Lading, and damage report –  are attached as Defendant's Exhibit A.

3         The case of <u>Glass v. Crimmins Transfer Co.</u>, 299 F. Supp. 2d 878 (2004) is directly on point.

4    The Glass plaintiffs stored household goods at a facility in Illinois in 1995.  Additional items were

5    packed and stored in that warehouse in 1997.  In 1998, a flood occurred at the storage facility in

6    Illinois.  In 1999, United Van Lines (Crimmins was a designated agent for United) retrieved the

7    items thereafter and moved them to plaintiffs' new home in Florida, where the damage was

8    discovered.  The Glass plaintiffs filed their claim for property damage, emotional distress and

9    physical injury in Illinois state court, but the Carmack Amendment was held to preempt all state

10   claims and the suit was properly removed based upon federal question jurisdiction.  The goods were

11   subject to a interstate carrier bill of lading, which brought the matter under Carmack.

12        In <u>York v. Day Transfer Company, Apollo Van Lines, Inc. and Andrews Storage and</u>

13   <u>Warehouse</u>, 525 F. Supp. 2d 289 (2007), the plaintiff, a Major in the United States Marine Corps,

14   was transferred from Texas to Rhode Island, and had his household goods transported accordingly.

15   The goods arrived undamaged through transportation, but sustained mold damage during the storage

16   period in Rhode Island, prior to the delivery within Rhode Island.  The mold damage was discovered

17   upon unload.  Day Transfer's agent arranged for Apollo Van Lines to transfer the items, and as such

18   the goods were under an interstate carrier bill of lading.

19        The York plaintiff brought state claims for the damage, and defendant removed the matter to

20   federal court.  The court had an obligation to scrutinize the removal, despite the fact that plaintiff did

21   not challenge it, and held that because the goods were subject to an interstate bill of lading, the

22   Carmack Amendment "wholly displaced the state law cause of action through complete pre-

23   emption".

24        "The notion that federal law reigns supreme and preempts state law when uniformity on a

25   national level is required is one of long standing."  <u>Cleveland v. Beltman  N. Am. Co., Inc.</u>, 30 F.3d

26   373, 378 (2nd Cir. 1994).  The reach of Carmack extends to "[a]lmost every detail of the subject . . .

27   so completely that there can be no rational doubt that Congress intended to take possession of the

28   subject and supersede all state regulation with reference to it."  <u>Adams Express Co. V. Croninger,</u>

226 U.S. 491, 505-06 (1913). The "remedy provision of Carmack preempts all state and common law remedies inconsistent with the Interstate Commerce Act". <u>Hughes v. United Van Lines</u>, 829 F.2d 1407, 1415 (7th Cir 1987). This includes breach of contract and negligence, as is plead here.

<u>Insurance C. Of North America v. NNR Aircargo Service (USA), Inc</u>. 201 F.3d 1111 (9th Cir. 2000) is distinguishable in that the parties were not invoking Carmack as a question of jurisdiction, but rather as to whether the limitation of liability provisions of Carmack applied to a matter which was already originally brought in federal court. The case involved an overseas shipping contract for the transportation of a shipment of Dunlop golf balls from Japan to the United States. The shipment was to be held in NNR's warehouse in California, where one of the golf ball containers was stolen. The court was asked to apply Carmack, because the interstate carrier remedy system gives full force and effect to the limitations of liability clause, contracted for by both parties.

Because there was no question that NNR was only hired to transport the golf balls from Japan to the United States, and that the interstate truck line between California and South Carolina was chosen by <u>Dunlop,</u> not by the warehouse NNR, the court held that Carmack did not apply, and that common law theories of contract interpretation applied.

The instant matter involves a situation like that in <u>Glass</u> and <u>York</u>, and should be resolved in the same manner.

## CONCLUSION

Defendant respectfully submits that this matter is within the exclusive jurisdiction of the federal court, and should not be remanded.

Dated: May 12, 2008

**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ** LLP

By: _Marguerite T. Lieu_
Marguerite T. Lieu
Christopher R. Allison
Attorneys for Defendant
**FATHER & SON MOVING & STORAGE**

Marguerite T. Lieu, SBN 143979 (mtl@mmker.com)
Christopher R. Allison, SBN 201618 (cra@mmker.com)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
550 West "C" Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendant
**A NICE JEWISH BOY, dba FATHER & SON MOVING & STORAGE**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LIPPOLD, | Case No.:  08 CV 0719 BTM RBB |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE ON ADVERSE PARTY OF DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED** |
| FATHER & SON MOVING & STORAGE and DOES 1-10, | |
| Defendants. | |

I CERTIFY AND DECLARE THAT:

I am employed in County of San Diego. I am over the age of 18 and not a party to this action. My business address is 550 West C Street, Suite 1900, San Diego, California 92101.

On **May 12, 2008,** I served the following documents:

    1)    Defendant's Response to Order to Show Cause Why Case Should Not Be Remanded

on the adverse party in this action by placing true copies of the documents in a sealed envelope, addressed as follows:

    Richard G. Bain, Attorney at Law
    275 East Douglas, Suite 113
    El Cajon, CA 92020-4548

/ / /

1        I deposited said envelope, as so addressed, with postage fully prepaid, in the United States

2   mail at San Diego, California.

3        I am readily familiar with Manning & Marder, Kass, Ellrod, Ramirez LLP's practice of

4   collection and processing correspondence for mailing.  Under that practice, documents are

5   deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with

6   postage fully prepaid at San Diego, California in the ordinary course of business.  I am aware that

7   on motion of party served, service is presumed invalid if the postal cancellation date or postage

8   meter date is more than one day after the date stated in this proof of service.

9        I declare under the penalty of perjury under the laws of the United States of America that

10  the foregoing is true and correct and that I am employed in the office of a member of the bar of this

11  court at whose direction the service was made.

12       Executed on **May 12, 2008** at San Diego, California.



Carolina Perrariz

D:\DOCSDATA\MTL\Lippold v. Father & Son Moving & Storage\Pleadings\Certificate of service 051208.wpd

**CERTIFICATE OF SERVICE**

# EXHIBIT "A"

**IMPORTANT: COMPLETE OTHER SIDE FIRST**

# NATIONAL VAN LINES, INC.

**NATIONAL VAN LINES, INC.**
2800 ROOSEVELT ROAD, BROADVIEW, ILLINOIS 60155   (800) 333-6851
**ESTIMATED COST OF SERVICES - ORDER FOR SERVICE**
The Carrier's tariffs may be inspected at carrier's facility, or, on request, carrier will furnish a copy of any tariff provision containing carrier's rates, rules or charges governing the shipment.

U.S. DOT No. 76628

EQS

| | |
|---|---|
| B/L# | |
| Booking# | |
| Reg.# | |
| O/F B/L# | |

Visual Survey? ☐ Yes  ☒ No      ☒ COD  ☐ GSA  ☐ Natl. Acct.      ☐ Nat'l Acct/COD  ☐ Self Haul

Shipper **Barbara Liuppold**
Street **NJB Whse 7635 Haskell Ave**
City **Van Nuys, CA 91406**    State    Zip
County **Los Angeles**   Apartment/Floor
Elevator Service ☐ Yes ☐ No
Work Phone No.                   Fax No.
Cell Phone No.
email:
Agreed Load Dates **8-10-06 to 8-18-06**
Packing Date Preferred
Driver to Pack ☐   Loading out of NTS or Permanent Storage ☐
National Account Name
Natl. Acct. Credit Clearance #
SSN (GSA)              GBL# (GSA)
Booking Agent Name                   Acct#
Origin Agent Name                   Acct#
Charges to be paid by check (Cashiers, Certified, Bank Official, Pre-approved and Travelers pmts. w/ Cash, or US Postal Money Order, or pre-approved credit card (Visa, MasterCard, Discover and American Express Only)

Consignee **Barbara Lippold**
Street **360 Via Capri**    Phone **520-761-1593**
City **Rio Rico Arizona 85648**   State   Zip
County                   Apartment/Floor
Contact for notification of arrival/charges: ☐ Yes ☐ No
Contact Name
Street                   Phone
City                   State    Zip
Agreed Delivery Dates **8-17-06 to 9-1-06**
Destination Agent **National Van Lines** Acct#
Address **Roosevelt Rd   800-323-1962** Phone
City **Broadview Illinois**   State   Zip

Note: Pursuant to the provisions of Item 6908 of STR HGB 104-G, carrier will be responsible for delay-related expenses such as reasonable commercial lodging, 50% of reasonable food and other out-of-pocket expenses for shipments weighing more than 3000 pounds when a claim is filed within 30 days after delivery and receipts are provided. In lieu of receipts, a $50 per diem will be honored.

INTERLINE CARRIER NAME & ADDRESS:

| EXTRA PICKUP | | | EXTRA DELIVERY | | |
|---|---|---|---|---|---|
| Name | | | Name | | |
| Street | | | Street | | |
| City | Zip | Phone | City | Zip | Phone |

| EXTRA PICKUP | | | EXTRA DELIVERY | | |
|---|---|---|---|---|---|
| Name | | | Name | | |
| Street | | | Street | | |
| City | Zip | Phone | City | Zip | Phone |

## ESTIMATED COST ON PACKING & UNPACKING
(Containers are included in the Custom Packing rate*)

Full Service Packing ☐ Yes ☐ No

| DESCRIPTION | CUSTOM PACKING | | | CUSTOM UNPACKING | | |
|---|---|---|---|---|---|---|
| | NUMBER | RATES | CHARGES | NUMBER | RATES | CHARGES |
| Dish-pack, drum, etc.. | | | | | | |
| Cartons less than 3 cubic feet | | | | | | |
| 3 cubic feet | | | | | | |
| 4½ cubic feet | | | | | | |
| 6 cubic feet | | | | | | |
| Wardrobe Carton | | | | | | |
| Crib Mattress Carton | | | | | | |
| Mattress Carton (not exceeding 39 x 75) | | | | | | |
| Mattress Carton (not exceeding 54 x 75) | | | | | | |
| Mattress Carton (exceeding 54 x 75) | | | | | | |
| Mattress Carton (exceeding 39 x 80) | | | | | | |
| Corrugated Containers (mirrors, paintings, etc.) | | | | | | |
| Crates (custom made for mirrors, paintings, glass tops, etc.) Instruments may be bulky purchase premiums only as an alternate NLI. Containers will have to be purchased at the local level. Local level will make | | | | | | |
| | Packing Subtotal $ | | | Unpacking Subtotal $ | | |

TARIFF **400N** SECTION **3**   PEAK Y/N **N**   DISCOUNT% **40**
Est. Weight      Cube      Binding Wgt      Miles

| DESCRIPTION | RATE | CHARGES |
|---|---|---|
| Linehaul Transportation (5000 lb. Minimum) | | 4358.98 |
| Insurance Related Surcharge | 4% | 169.56 |
| Fuel Surcharge         % | 12% | 508.68 |
| Short Haul Allowance | | |
| Item 135 (Origin) | | 141.12 |
| Item 135 (Destination) | | 223.80 |
| Bulky Articles   (see cube sheet)   Qty. | | |
| Packing/Unpacking:   Custom ☐ CWT ☐ | | |
| *CWT packing excludes autos & weight additives | | |
| Additional Services By Location Performed | Org. ☐ Dest. ☐ | |
| Extra Stops      Org.      Dest. | | |
| Mini-Storage or Mini-Warehouse Service | | 223.80 |
| Auxiliary Service    Wgt.      Miles | | |
| Advanced 3RD Party Charges (Do Not Discount) | | |
| Day Certain Pickup | | |
| Extra Labor      Men      Hours Each | | |
| S.I.T.   Discount         % | 1st Day | |
| S.I.T.         Additional Days | | |
| S.I.T. Pickup/Delivery      Miles | | |
| S.I.T. Insurance Related Surcharge | | |
| S.I.T. Fuel Surcharge         % | | |
| S.I.T Valuation    % tot valuation premium every 15 days) | | |
| Less Discount | | |
| Valuation (Do Not Discount) | | |
| **Total Estimate** | | **5570.15** |
| If Estimate Type is Non-Binding   Total Estimate Plus 10% | | |
| Prepayment Amount | | |

DISCOUNT% **40**

SPECIAL SERVICES ORDERED BY SHIPPER

☐ Space Reservation      ☐ Expedited Service (Deliver On or Before ___ )
☐ Exclusive Use of Vehicle      Cubic Feet

REPLACEMENT VALUE PROTECTION (amount $ ___ ) ☐ OR BASIC COVERAGE

| | | | |
|---|---|---|---|
| A | Replacement Value Protection, No deductible | D ☒ | 60¢ Per Lb. Per Article |
| B | Replacement Value Protection, $250 deductible | | |
| C | Replacement Value Protection, $500 deductible | | |

**SUMMARY OF ESTIMATES** (circle one please)

1 NON-BINDING ESTIMATE (Table of Measurements Required). THIS REPRESENTS THE CHARGES FOR ONLY THOSE ITEMS LISTED ON THE TABLE OF MEASUREMENTS AND THOSE SERVICES INDICATED ON THE ESTIMATE. THIS NON-BINDING ESTIMATE IS NOT A GUARANTEE THAT THE ACTUAL CHARGES WILL NOT EXCEED THE AMOUNT OF THE ESTIMATE. COMMON CARRIERS ARE REQUIRED BY LAW TO COLLECT TRANSPORTATION AND OTHER INCIDENTAL CHARGES COMPUTED ON THE BASIS OF THE RATES SHOWN IN THEIR LAWFULLY PUBLISHED TARIFFS, REGARDLESS OF PRIOR ESTIMATES MADE BY THE CARRIER OR ITS AGENTS. EXACT CHARGES FOR LOADING, TRANSPORTING, AND UNLOADING ARE BASED UPON THE WEIGHT OF THE GOODS TRANSPORTED, AND IT MAY NOT BE POSSIBLE TO DETERMINE SUCH CHARGES UNTIL THE GOODS ARE LOADED ON THE VAN AND WEIGHED. CHARGES FOR ADDITIONAL SERVICES THAT YOU REQUEST OR THAT ARE REQUIRED TO COMPLETE YOUR SHIPMENT WILL BE ADDED TO THE TRANSPORTATION CHARGES.

IF THE TOTAL TARIFF CHARGES FOR THE LISTED ARTICLES AND SERVICES EXCEED THE ESTIMATE BY MORE THAN TEN PERCENT, THEN, UPON YOUR REQUEST, THE CARRIER MUST RELINQUISH POSSESSION OF YOUR SHIPMENT UPON PAYMENT OF NOT MORE THAN 110 PERCENT OF THE ESTIMATED CHARGES. YOU ARE STILL OBLIGATED TO PAY THE BALANCE OF THE TOTAL CHARGES 30 DAYS AFTER DELIVERY OF THE GOODS.

2 GUARANTEED PRICE (Written Visual Estimate Required*). THIS REPRESENTS THE CHARGES FOR ONLY THOSE ITEMS LISTED ON THE TABLE OF MEASUREMENTS AND THOSE SERVICES INDICATED ON THE ESTIMATE. CHARGES FOR ADDITIONAL SERVICES AT ORIGIN OR DESTINATION THAT YOU REQUEST OR THAT ARE REQUIRED TO COMPLETE YOUR SHIPMENT WILL BE ADDED TO THIS TOTAL.

3 CUSTOMER BENEFIT ESTIMATE (Written Visual Estimate Required*). GUARANTEED PRICE OR ACTUAL CHARGES WHICHEVER IS LESS. THIS REPRESENTS THE CHARGES FOR ONLY THOSE ITEMS LISTED ON THE TABLE OF MEASUREMENTS AND THOSE SERVICES INDICATED ON THE ESTIMATE. CHARGES FOR ADDITIONAL SERVICES AT ORIGIN OR DESTINATION THAT YOU REQUEST OR THAT ARE REQUIRED TO COMPLETE YOUR SHIPMENT WILL BE ADDED TO THIS TOTAL.

Uniquely Assigned Shipper #
I acknowledge prior receipt of (please initial each) :

☐ "Your Rights and Responsibilities When You Move"
☐ "Here's what you need to know about Placing a Value on Your Household Goods Shipment Before You Move"
☐ The "AMSA Dispute Settlement Program"

☐ I also understand that the potential for shuttle charges at either origin or destination exists, if the vehicle assigned to my shipment is unable to be safely and legally positioned at a reasonable distance from my residence. Bridge and ferry charges will also apply if required.

I hereby request the above-named carrier to furnish the transportation facilities and services

This estimate is limited to those articles listed on the Table of Measurements found on the reverse side. Binding and customer benefit estimates are protected for 60 days. Transportation must

Bill of Lading No. 162343

NATIONAL
VAN LINES, INC.
WORLD-WIDE
U.S. DOT No 76628

Shipper Lippold

Date August 10, 2006

## ADDENDUM TO THE ORDER FOR SERVICE/ESTIMATE

Previous Weight _____
New Weight _____
Previous Price _____
New Price Total _____

| Date Changes (if applicable) |
| New Agreed Date |

Pack Date: _____
Load Date: 8/14 to 8/18/06
Delivery Date: _____

PLEASE INITIAL ALL THAT APPLY

_____ This addendum to the Order For Service/Estimate is executed in consideration of added household good items by the Customer, which were not previously shown, thus, not included on the Carrier's Table of Measurements.

_____ This addendum to the Order For Service/Estimate is executed in consideration of added services and/or items to be packed, which have been added by the Customer subsequent to the issuance of the Carrier's estimate.

_____ This addendum to the Order For Service/Estimate is executed in consideration of added services that are required per the driver in order to conduct the transport and/or delivery of the shipment.

_____ This addendum to the Order For Service/Estimate is executed in consideration of a change in estimate designation to (select one): ☐ Non-Binding    ☐ Binding    ☐ Customer Benefit.

| SERVICE | | DETAILS | PRICE |
|---|---|---|---|
| ☐ SHUTTLE | (due to) | | |
| ☐ LABOR | (for) | | |
| ☐ 3RD PARTY SERVICE | (for) | | |
| ☐ PACKING (itemize on form 806) | | | |
| ☐ UNPACKING (itemize on form 806) | | | |
| ☐ STORAGE-IN-TRANSIT | | | |
| ☑ OTHER | (due to) | Load dates spread changed to 8/14 + 8/18/06 | |

The request for change was made:    SHIPPER DECLINES THE FOLLOWING SERVICES
☑ Prior to loading                ☐ SHUTTLE   (due to) _____
☐ While loading                   ☐ LABOR (for) _____
☐ En route                        ☐ 3rd PARTY SERVICE   (for) _____
☐ At destination                  ☐ OTHER   (due to) _____

**By signing this form, Shipper acknowledges that additional articles and/or services have been added by them since the original estimate was provided by the Carrier. Shipper agrees to applicable charges for the weight and/or services that apply subject to Tariff of the Carrier. Destination services not noted on original estimate or Order for Service, will result in additional charges.**

_____        _____        Mike Jewish By   8/10/06
Shipper's Signature              Date          Carrier's Representative        Date

Form 810 Rev 06/2004

AOS

NVL BROADVIEW

B/L NUMBER

# HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL

**NATIONAL VAN LINES, INC.**

EXECUTIVE OFFICES: Broadview, Illinois 60155 - Telephone: 708-450-2900
**NVL Customer Service Call 800-333-6851**

U.S. DOT No. 76628

NOTICE: Carrier's tariffs, by this reference, are made a part of the bill of lading and may be inspected at carrier's facility, or, on request, carrier will furnish a copy of any tariff provision containing carrier's rates, rules or charges governing the shipment. Incorporated tariff provisions include but are not limited to (item 1), limitations of carrier's liability, the principal features of which are described on the reverse side of this bill of lading; (item 2), the time periods for filing claims, the principle features of which are described on the reverse side of this bill of lading in Section 6; and, (item 3), Reserving the carrier's right to assess additional charges for additional services performed and, on non-binding estimates, to base charges upon the exact weight of the goods transported.

162343

REG. NUMBER

OVERFLOW B/L

| SHIPPER'S NAME | | | CONSIGNEE NAME | | |
|---|---|---|---|---|---|
| LOADING ADDRESS | | | DELIVERY ADDRESS | | |
| CITY, STATE ZIP | | | CITY, STATE ZIP | | |
| PHONE | COUNTY | | PHONE | COUNTY | |
| PICKUP SPREAD FROM 4-10-06 TO 5-18-06 | | | DELIVERY SPREAD FROM 5-17-06 5-19-06 | | |
| EXTRA P/U CONTACT NAME | | | NOTIFY CONTACT AND NOTIFY NAME | | |
| ADDRESS | PHONE | | ADDRESS | PHONE | |
| CITY & STATE | ZIP | | CITY & STATE | ZIP | |
| LOAD DATE | | | EXTRA DELIVERY CONTACT NAME | | |
| INTERLINE CARRIER | | | ADDRESS | PHONE | |

| INTERLINE ADDRESS | | TARIFF NO. 400N | SECTION 3 | TENDER NO. | COMMODITY NAME & CODE | HHG |
|---|---|---|---|---|---|---|
| BILL ACCT. | | GROSS WEIGHT 47280 | NET WEIGHT 10200 | | BLD Discount | |
| CITY, STATE, ZIP | | | | | SIT Discount | |
| PURCHASE ORDER GBL NO., ACCT. NO. | | TARE WEIGHT 37080 | MILES | Packing Selected | Custom | CWT |
| ATTN. OF: | | | I SERVICE I | | ACCT. # | RATE | CHARGE |

| | | | | | ACCT. # | RATE | CHARGE |
|---|---|---|---|---|---|---|---|
| COD COLLECT | (AGENT NAME) | ACCT.# | SUBJECT TO MINIMUM OF 3,000 LBS. | | LINEHAUL CHARGE $ | | 5163.04 |
| CHARGES COMPUTED BY | MJB | 3457 | INSURANCE RELATED SURCHARGE | | | 4% | 206.52 |
| BOOKER | MJB | 3457 | FUEL SURCHARGE OF CHARGED LINEHAUL | | | 12% | 619.56 |
| ORIGIN AGENT | MJB | 3457 | SHORT HAUL CHARGE | | | | |
| 1ST HAULER | VEHICLE# | | ITEM 135 - ORIGIN | | | | 370.80 |
| | | | ITEM 135 - DESTINATION | | | | 181.69 |
| DESTINATION AGENT | | | BULKY ARTICLE CHARGES | SPECIFY ARTICLE | | | |
| RESIDENCE PICKUP | | | TOTAL PACKING CHARGES | (CUSTOM PACKING REQUIRES A COMPLETED AND SIGNED 99A FORM) | | | |
| TOTAL PACKING BY | | | TOTAL UNPACKING CHARGES | | | | |
| UNPACKING BY | | | EXTRA STOPS ☐ ORG. ☐ DEST. ZIP | | | | 253.80 |

**CUSTOMER'S DECLARATION of VALUE**
THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE

Unless you select the Alternative Level of Liability shown below your shipment will be transported under your mover's FULL (REPLACEMENT) VALUE level of liability. If any article is lost, destroyed or damaged while in your mover's custody, your mover will, at his option, either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you for the cost of such repairs; or 2) replace the article with an article of like kind and quality, or pay you for the cost of such a replacement. An additional charge applies for this level of liability; to authorize additional charge, you must select the Alternative Level of Liability shown below.

Under the Full (Replacement) Value level of liability your shipment will be transported based on a value of net less than $5000 or $5.00 per pound multiplied by the actual weight of the shipment, whichever is greater. If you wish to declare a higher value for your shipment, you must indicate that amount below.

The value of my shipment is: _____

You must also select one of the following deductible amounts under the Full (Replacement) Value level of liability that will apply for your shipment (if you do not make a selection, the "No Deductible" level will apply):

No Deductible ( _____ )   $250 Deductible ( _____ )   $500 Deductible ( _____ )
(Initial)                    (Initial)                      (Initial)

**ALTERNATIVE LEVEL OF LIABILITY:** Released Value of 60 Cents Per Pound Per Article. (Waiver of Full (Replacement) Value)

If any article is lost, destroyed or damaged while in your mover's custody, your mover's liability is limited to the actual weight of the lost, destroyed or damaged article multiplied by 60 Cents per pound per article. This is the basic liability level and is provided at no charge. It is considerably less than the average value of household goods. If you do not select this Alternative Level of Liability, your shipment will be transported at the Full (Replacement) Value level of liability and you will be assessed the applicable valuation charge.

To waive the Full (Replacement) Level of liability and to select the Alternative Level of Liability, you must write, on the line below, the words "60 cents per pound".

The value of my shipment is: _____

Your signature is REQUIRED here: I acknowledge that my shipment I have I) either waived the Full (Replacement) Level of liability OR declared a value under the Full (Replacement) Level of liability and selected a deductible amount, if appropriate, and 2) received and read a copy of the "Your Rights and Responsibilities When You Move" brochure explaining these provisions.

X _____
   (Customer's Signature)        (Date)

**EXTRAORDINARY (UNUSUAL) VALUE ARTICLE DECLARATION:**
I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued in Excess of $100 Per Pound Per Article" that are included in my shipment and that I have given a copy of this Inventory to the mover's representative. I also acknowledge that the mover's liability for loss of or damage to any article valued in excess of $100 per pound will be limited to $100 per pound for each pound of such lost or damaged article (based on actual article weight), not to exceed the declared value of the entire shipment, unless I have specifically identified such articles for which a claim for loss or damage is made on the attached inventory.

X _____
(CUSTOMER'S SIGNATURE AT TIME OF PICKUP AT RESIDENCE)    DATE

| | | | |
|---|---|---|---|
| MINI-STGE/MINI-WH SERVICE ☐ ORG. ☐ DEST. ZIP | | | |
| AUXILIARY SERVICE (ORG.) WGT ___ MILES ___ ZIP ___ | | | |
| AUXILIARY SERVICE (DEST.) WGT ___ MILES ___ ZIP ___ | | | |
| 3RD PARTY CHARGES (DO NOT DISCOUNT) | | | |
| DAY CERTAIN PICKUP | | | |
| EXTRA LABOR ☐ ORG. ☐ DEST. MEN ___ HOURS ___ | | | |
| OTHER | | | |
| IN SIT (DATE) ___ OUT SIT (DATE) ___ | | STORAGE DISCOUNTING REQUIRES WH CONSENT | |
| SIT 1ST DAY AT ___ CWT. ___ WEIGHT ___ | | | |
| SIT FOR ___ ADDITIONAL DAYS ___ RATE ___ | | | |
| SIT PICKUP/DELIVERY ___ MILES ___ | | | |
| SIT INSURANCE RELATED SURCHARGE | | | |
| SIT FUEL SURCHARGE | | | |
| SIT VALUATION CHARGE (Do Not Discount) | | | |
| | LESS DISCOUNT | | |
| VALUATION (Do Not Discount) | | | |
| TOTAL OF ALL CHARGES | | | |
| TOTAL ESTIMATED MAXIMUM CHARGES TO BE COLLECTED AT DELIVERY | | | |
| PREPAYMENT COLLECTED ON ___ By Acct# ___ | | | |
| BALANCE DUE: COLLECTED ON ___ By Acct# ___ Subject to Subsequent Audit | | | |

CHARGES TO BE PAID BY CHECK (CASHIERS, CERTIFIED, BANK OFFICIAL, PRE-APPROVED AND TRAVELERS ONLY), OR CASH, OR US POSTAL MONEY ORDER, OR PRE-APPROVED CREDIT CARD (VISA, MASTERCARD, DISCOVER AND AMERICAN EXPRESS ONLY).

**AGENT TO BE CONTACTED AT DESTINATION REGARDING SHIPMENT, IF NONE SHOW NVL BROADVIEW**

NAME _____ PHONE _____

ADDRESS _____

☐ RESIDENTIAL DELIVERY   ☐ WAREHOUSE   S.I.T. CONTROL# _____

WAREHOUSE _____ PHONE _____

ADDRESS _____

RECEIVED BY: X _____ DATE: _____

**CONSIGNEE'S ACKNOWLEDGMENT OF DELIVERY**
(SERVICES COVERED BY THIS BILL OF LADING WERE RENDERED AND SHIPMENT WAS RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED ON THE INVENTORY.)

X _____   X _____
(DRIVER'S SIGNATURE AT TIME OF PICKUP FROM RESIDENCE)   SIGNATURE OF CONSIGNEE FOR RESIDENCE   DATE   DRIVER'S SIGNATURE FOR DEL. RES. OR WH.

FORM 0003 REV 12/2005                          5. Booking Agent

NATIONAL VAN LINES, INC.
NATIONAL PLAZA
BROADVIEW, IL 60155-3771



**NATIONAL**
V A N   L I N E S,   I N C.

I.C.C. MC 42866

DATE 8/19/06

SHIPPER Lippold

B/L NO. 1162343

# RIDER TO INVENTORY – OSD REPORT

### FOR CARRIER'S USE ONLY. — OVERAGE, SHORTAGE & DAMAGE REPORT

| INVENTORY NUMBER | ITEM | DAMAGE OR SHORTAGE — COMPLETELY DESCRIBE IF DAMAGED – |
|---|---|---|
| 162 | Dresser | (10,2,95, 4, 7, Ch, GS, SCC, W) |
| 134 | Dresser | (2,5,3,7, Ch, BR, W) (10,7,3, Ch) |
| 58 | China Hutch Top | (10,4, DS) (10,7, DS) (8,9,10,12, 4, Ch) |
| 67 | Dresser | (Backing Loose |
| 103 | File Cab Black | (7 Lge Dent Right Side + 4 |
| 100 | Wardrobe | |
| 82 | Dresser | (10, 7, 2, BR, W) (10, 4, 7, DS, SCS, GS) |
| 28 | Coffee Table | (4, 7, DS, Legs Broken) |
| 68 | Dining Table Top | (Long Gauge on Top (2 Legs Broken |
| 171 | Head Board | (9,4,3, DS, 4, F) (8,9,10,2,13, DS, F, SCS, ChS) |
| 81 | Dresser | (SCS, GS, DS, 4 All Over) |
| 63 | US Chair green | (Both Arms Torn |
| 97 | Sewing Desk | (10, SCS, All Over) (2,4,5,3, BR) |
| 71 | Sm Book Case | (10, BR) |
| 57 | Chair Dining | (4, Seat, Badly Torn |

SIGNATURE HERE (ODD RECEIVING ZABEL or MAN (OR PICK-UP

DRIVER ACKNOWLEDGES RECEIPT OF SHIPMENT IN THE CONDITION
LISTED ON THE INVENTORY EXCEPT FOR ADDITIONAL EXCEPTIONS

## BOTH THE AGENT AND THE DRIVER MUST SIGN

PARTY RELEASING SHIPMENT

**IMPORTANT**

**WAREHOUSEMAN:** PLEASE WRITE
YOUR AGENCY NAME AND LOCATION.

**DRIVER:** PLEASE WRITE NAME,
AGENCY # OR CONTRACTOR #.

PARTY ACCEPTING SHIPMENT

FORM 727 REV. 11/93

2. AGENT COPY