Marguerite T. Lieu, SBN 143979 (mtl@mmker.com)
Christopher R. Allison, SBN 201618 (cra@mmker.com)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
550 West "C" Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendant
**A NICE JEWISH BOY, dba FATHER & SON MOVING & STORAGE**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LIPPOLD,<br><br>                Plaintiff,<br>vs.<br><br>FATHER & SON MOVING & STORAGE and DOES 1-10,<br><br>                Defendants. | Case No.:  08 CV 0719 BTM RBB<br><br>**CERTIFICATE OF SERVICE ON ADVERSE PARTY OF DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED** |

I CERTIFY AND DECLARE THAT:

I am employed in County of San Diego. I am over the age of 18 and not a party to this action. My business address is 550 West C Street, Suite 1900, San Diego, California 92101.

On **May 12, 2008,** I served the following documents:

1)  Defendant's Response to Order to Show Cause Why Case Should Not Be Remanded

on the adverse party in this action by placing true copies of the documents in a sealed envelope, addressed as follows:

Richard G. Bain, Attorney at Law
275 East Douglas, Suite 113
El Cajon, CA 92020-4548

/ / /

1    I deposited said envelope, as so addressed, with postage fully prepaid, in the United States
2    mail at San Diego, California.
3    I am readily familiar with Manning & Marder, Kass, Ellrod, Ramirez LLP's practice of
4    collection and processing correspondence for mailing. Under that practice, documents are
5    deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with
6    postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that
7    on motion of party served, service is presumed invalid if the postal cancellation date or postage
8    meter date is more than one day after the date stated in this proof of service.
9    I declare under the penalty of perjury under the laws of the United States of America that
10   the foregoing is true and correct and that I am employed in the office of a member of the bar of this
11   court at whose direction the service was made.
12   Executed on **May 12, 2008** at San Diego, California.

*[signature]*
Marguerite T. Lieu

-2-
D:\DOCSDATA\MTL\Lippold v. Father & Son Moving & Storage\Pleadings\Certificate of service 051208.wpd
**CERTIFICATE OF SERVICE**