```
 1  RICHARD G. BAIN #60487
    Attorney at Law
 2  275 East Douglas, Suite 113
    El Cajon, CA 92020-4548
 3  Telephone:  (619) 447-8300
 4
 5  Attorney for Plaintiff
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 SOUTHERN DISTRICT OF CALIFORNIA
10  BARBARA A. LIPPOLD,           )  No. 08cv0719 BTM (RBB)
                                  )
11              Plaintiff,        )  PLAINTIFF'S REPLY TO THE
                                  )  ORDER TO SHOW CAUSE
12                                )
                                  )  Hearing May 23, 2008,
13  FATHER & SON MOVING & STORAGE, a )  11:00 a.m.
    California corporation, and   )  (No personal appearances)
14  DOES 1 through 10, inclusive, )
                                  )
15              Defendants.       )
                                  )
16  _____
```

Upon close analysis, Defendant's authorities do not overcome the court's initial ("sua sponte") observation that it lacks jurisdiction.

In the <u>Glass</u> case cited, the plaintiff had consigned his property for interstate transportation. Certain state law claims, such as for emotional distress, were found to be preempted by Carmack. As this court observes, Mrs. Lippold did not enter an agreement for interstate transportation of her property. The gravamen of her complaint is that while she was paying defendant $30,000.00 over the years, defendant did not keep its agreement for safe and secure storage. The breach and damages (rust, mold, deterioration and smell) did not occur on the ride to Arizona.

From a fair reading of the complaint, which the court has already done, there is no federal question presented here.

Plaintiff requests the remand order.

DATED: May 15, 2008

Respectfully submitted,

*[signature]*

RICHARD G. BAIN
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

The undersigned certifies: That I am over the age of eighteen years and not a party to the within action. I am a citizen of the United States, and my business address is 275 E. Douglas, Suite 113, El Cajon, California.

On ___May 16, 2008___, I served the document(s) named below on the parties named below by placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid, in the United States mail at El Cajon, California, addressed as indicated.

**Document(s) Served**

Plaintiff's Reply to the Order to Show Cause

**Parties Served**

Marguerite T. Lieu
Christopher R. Allison
Manning & Marder
Kass, Ellrod, Ramirez LLP
550 West "C" Street, Suite 1900
San Diego, CA 92101

I declare under penalty of perjury the foregoing is true and correct. Executed on ___May 16, 2008___, at El Cajon, California.

_(signature)_